ANNIE F. CROSS, Respondent, *v.* FERDINAND L. CROSS, Appellant.

*Cross* v. *Cross*, 150 App. Div. 903, affirmed.
(Argued June 5, 1912; decided June 21, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 26, 1912, which affirmed an order of Special Term denying a motion for an order reducing an allowance of alimony.

*Robert E. McLear* and *Herbert G. McLear* for appellant.

*R. Floyd Clarke* for respondent.

Order affirmed, with costs; no opinion
Concur: GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ. Absent: CULLEN, Ch. J.